# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CHRISTOPHER ROYLE,<br><br>　　　　Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>　　　　Respondents. | Case No. 20-cv-1834-MMA (MDD)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

Kevin Christopher Royle ("Petitioner"), a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis. The Court does not rule on Petitioner's request to proceed in forma pauperis because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

## PETITION BARRED BY GATEKEEPER PROVISION

The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his June 2, 2009 conviction in San Diego Superior Court case No. SCE276920. On March 5, 2012, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 12-cv-659-LAB (RBB). In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCE276920 as well. On August 30, 2013, this Court denied the petition on the merits. *See* Order filed

Aug. 30, 2013 in case No. 12-cv-659-LAB (RBB) (Doc. No. 20).  Petitioner did not appeal that determination.

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petition.  Unless a petitioner shows he has obtained an Order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court.  *See* 28 U.S.C. § 2244(b)(3)(A).  Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.

## CONCLUSION

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition.  Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.  The Court **DIRECTS** the Clerk of Court to mail Petitioner a blank Application for Leave to File a Second or Successive Petition or Motion Under 28 U.S.C. § 2254 or § 2255.

**IT IS SO ORDERED.**

Dated: September 22, 2020

HON. MICHAEL M. ANELLO
United States District Judge